THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* DANIEL J. GRAHAM, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

*People* v. *Graham,* N. Y. Gen. Sess., Nov. 28, 1927, affirmed.

(Argued May 9, 1928; decided May 29, 1928.)

APPEAL from a judgment of the Court of General Sessions of the county of New York, rendered November 28, 1927, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Leonard A. Snitkin, Thomas C. McDonald* and *Leo H. Klugherz* for appellant.

*Joab H. Banton, District Attorney (Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, KELLOGG and O'BRIEN, JJ. Not sitting: LEHMAN, J.